## (June 8, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL FERRIERA, Respondent, v PAUL METZ, as Superintendent of Great Meadow Correctional Facility, Appellant.—Appeal from a judgment of the Supreme Court at Special Term, entered March 17, 1977 in Washington County, which sustained a writ of habeas corpus and vacated the decision of the Board of Parole rescinding petitioner's tentative release date and ordered that a *de novo* revocation hearing affording petitioner his full due process rights be filed within 30 days. Appeal dismissed, as moot, without costs. Sweeney, J. P., Kane, Staley, Jr., Larkin and Herlihy, JJ., concur.